SARAH A. BENSON and Others, Appellants, v. COMMISSIONERS OF THE PALISADES INTERSTATE PARK and Others, Respondents.— Motion dismissed for failure to give eight days' notice. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD HOGAN, Appellant.— Appeal reinstated. Record on appeal and brief to be filed by the appellant on or before April 15, 1935, and appeal ready for argument at the May term. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARGARET REGAN MERRILL, Appellant, against SKENANDOAH RAYON CORPORATION and Others, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to vacate order dismissing appeal granted, and appeal reinstated. Case on appeal and brief of the appellant to be filed and served on or before April 15, 1935, and case noticed for argument by the appellant for the next compensation term. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

JOHN R. SEAMAN, Appellant, v. ELWOOD C. SMITH and HUDSON COUNTIES TITLE AND MORTGAGE COMPANY, Defendants, and THEODORE V. W. ANTHONY, Respondent.— Motion to dispense with printing of record denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

GLENS FALLS INDEMNITY COMPANY, Appellant, v. GUY FREDELLA, Respondent.— Plaintiff, in subrogation, is suing to recover for personal injuries sustained by one Purse, an employee of the city of Glens Falls, by reason of the negligence of defendant. The jury rendered a verdict for defendant. The uncontradicted evidence establishes defendant's negligence and freedom from contributory negligence on the part of Purse. The trial court failed to adequately instruct the jury on the issues involved and particularly on the measure of damages. Judgment and order reversed on the law and facts and in the interests of justice, and new trial granted, with costs to the appellant to abide the event. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

CLARA L. JEWETT and Another, Respondents, v. JOHN H. BROOKS and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, on the ground that the matters contained in the order are all comprehended within the meaning of the former order, which this court affirmed, and the second order is but a ruling of the court in the process of examining and interpreting the first order. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED ROTHERREL, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Argument of the appeal is adjourned to the May term of this court, at which time the relator may file with the court any papers which he desires, in addition to the record. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

GEORGE A. SCHOONOVER, Appellant, v. ISABELLE SCHOONOVER, Respondent.— Motion to dismiss appeal granted, by default, with ten dollars costs. Present — — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE RONDOUT NATIONAL BANK OF KINGSTON, Respondent, v. BARTLEY SCOW Co., INC., Appellant, and Another.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.